**GAVIN ROZZI**
PO Box 1232
Forked River, NJ 08731
(609)-222-4161
gr@gavinrozzi.com

Plaintiff, *Pro Se*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GAVIN ROZZI<br><br>                    Plaintiff,<br><br>v.<br><br>ROBERT SELFORS, a/k/a "BOB HANSEN," individually and in his capacity as President of Happy Panda, Inc. and Simple Websites, Inc., CANA WITTENBERG SELFORS, individually and in her capacity as President of Simple Websites, Inc. and Vice President of Happy Panda, Inc., HAPPY PANDA, INC., a North Carolina Corporation, SIMPLE WEBSITES, INC., a North Carolina Corporation, BRIER CREEK FELLOWSHIP, INC. a North Carolina Nonprofit Corporation, JOHN DOES 1-100, ABC ENTITIES 1-100<br><br>                    Defendants. | <u>Civil Action</u><br><br>No.: 3:23-cv-03363-RK-DEA<br><br>**AFFIDAVIT OF SERVICE**<br><br>**Defendants Served:**<br><br>**Simple Websites, Inc.**<br>c/o Cana Wittenberg Selfors, Registered Agent<br><br>**Happy Panda, Inc.**<br>c/o Robert Selfors, Registered Agent<br><br>**Date Served:**<br>7/10/2023<br><br>**Documents Served:**<br>Complaint, Summons, Request for Admissions |

STATE OF NEW JERSEY
COUNTY OF OCEAN

   I, Gavin Rozzi, being a *pro se* plaintiff and of legal age, after first being duly sworn, according to law do hereby affirm and state as follows:

1

1. I am aware that Fed. R. Civ. P. 4(e)(1) allows for the service of a complaint and summons "…following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."

2. Prior to the commencement of this action, I searched the records of the New Jersey Department of the Treasury, Division of Revenue and Enterprise Services (DORES) to ascertain whether any of the legal entities who are defendants in this matter have an agent for the service of process in New Jersey. This search yielded negative results, leading me to conclude that Defendants do not have a Registered Agent for the service of process in New Jersey.

3. Based on information available to me suggesting Defendants are in North Carolina, I subsequently researched the record of the North Carolina Secretary of State to ascertain the Registered Agent and Office for the service of process for Defendants, Happy Panda, Inc. and Simple Websites, Inc.

4. The records of the North Carolina Secretary of State confirm that Defendant Simple Websites, Inc. maintains a registered office at 6409 Fayetteville Rd. Ste. 120123 Durham, NC 27713.

5. The records of the North Carolina Secretary of State confirm that Defendant Happy Panda, Inc. maintains a registered office at 8311 Brier Creek Pkwy, #105192 Raleigh, NC 27617.

6. Rule 4 of the North Carolina Rules of Civil Procedure provides that service via Certified Mail, Return Receipt Requested is one of the primary methods of obtaining personal jurisdiction over individuals and legal entities.

7. I mailed a copy of the Complaint, Summons and Request for Admissions via Certified Mail, Return Receipt Requested to Defendant Happy Panda Inc. c/o Robert Selfors at 8311 Brier Creek Pkwy #105192 Raleigh, NC, 27617, tracking number 9402836105440043101719.

8. I mailed a copy of the Complaint, Summons and Request for Admissions via Certified Mail, Return Receipt Requested to Defendant Simple Websites, Inc. c/o Cana Wittenberg Selfors to 6409 Fayetteville Rd, Ste. 120123 Durham, NC 27713, tracking number 9402836105440043101894.

9. Both addresses noted herein are UPS retail stores where Defendants maintain a mailbox that Defendants have specifically designated as their Registered Office for the service of process with the North Carolina Secretary of State. The UPS Customer Agreement provides that as Defendants' authorized agent for receipt of mail UPS "will accept all mail, including registered, insured, and certified items."[1]

---

[1] See https://www.theupsstore.com/File%20Library/theupsstore/cws/1156/MailboxAgreement.pdf

10. On July 10th, 2023, the United States Postal (USPS) served the summons and complaint in the above-entitled action on Defendants, Happy Panda, Inc c/o Robert Selfors, Registered Agent and Simple Websites, Inc. c/o Cana Wittenberg Selfors, Registered Agent, via Certified Mail, Return Receipt Requested, in compliance with the North Carolina Rules of Civil Procedure and Rules Governing the Courts of the State of New Jersey.

11. I received the return receipts for the aforesaid certified mails from the USPS, confirming that the Defendants successfully received the summons, complaint and request for admissions at their registered office addresses. Copies of the return receipts are attached hereto as "Exhibit A."

This affidavit is executed pursuant to Rule 4(l) of the Federal Rules of Civil Procedure, affirming that I have served the Defendants in accordance with the law of the state in which Defendants were served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I am aware that I am subject to punishment for any false or misleading statement.

Dated this ___10th___ day of ___July___, 2023.

Respectfully submitted,

GAVIN ROZZI
Plaintiff, *Pro Se*

**Exhibit A**
to
Gavin Rozzi's Affidavit of Service of July 10th, 2023

**UNITED STATES POSTAL SERVICE**

July 10, 2023

Dear Gavin Rozzi:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8361 0544 0043 1017 19**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | July 10, 2023, 1:48 pm |
| **Location:** | RALEIGH, NC 27617 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | ROBERT SELFORS |

| Shipment Details | |
|---|---|
| **Weight:** | 10.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 8311 BRIER CREEK PKWY # 105192 |
| **City, State ZIP Code:** | RALEIGH, NC 27617-7328 |

**Recipient Signature**

Signature of Recipient: *[signature] UPS*

Address of Recipient: *8311-105 Brier Creek*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# UNITED STATES POSTAL SERVICE

July 10, 2023

Dear Gavin Rozzi:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8361 0544 0043 1018 94**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | July 10, 2023, 1:28 pm |
| Location: | DURHAM, NC 27713 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| Recipient Name: | CANA WITTENBERG SELFORS |

| Shipment Details | |
|---|---|
| Weight: | 10.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 6409 FAYETTEVILLE RD STE 120123 |
| City, State ZIP Code: | DURHAM, NC 27713-6297 |

### Recipient Signature

Signature of Recipient: *[signature: UPS R31]*

Address of Recipient: 6409 FAYETTEVILLE RD, DURHAM, NC 27713

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004