**GAVIN ROZZI**
PO Box 1232
Forked River, NJ 08731
(609)-222-4161
gr@gavinrozzi.com

Plaintiff, *Pro Se*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GAVIN ROZZI<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT SELFORS, a/k/a "BOB HANSEN," individually and in his capacity as President of Happy Panda, Inc., CANA WITTENBERG SELFORS, individually and in her capacity as President of Simple Websites, Inc. and Vice President of Happy Panda, Inc., HAPPY PANDA, INC., a North Carolina Corporation, SIMPLE WEBSITES, INC., a North Carolina Corporation, BRIER CREEK FELLOWSHIP, INC. a North Carolina Nonprofit Corporation, JOHN DOES 1-100, ABC ENTITIES 1-100<br><br>　　　　　　　　Defendants. | <u>Civil Action</u><br><br>No.: 3:23-cv-03363-RK-DEA<br><br>**NOTICE OF MOTION FOR SUBSTITUTED SERVICE** |

　　**TO:** Defendants, Robert Selfors, Cana Wittenberg Selfors and Brier Creek Fellowship, Inc, c/o Robert Selfors, Registered Agent 1809 Capstone Dr. Durham, NC 27713 and their attorneys of record.

　　**PLEASE TAKE NOTICE** that, pursuant to <u>Fed R. Civ P.</u> 4(e)(1), on August 7th, 2023, before The Honorable Douglas Eric Arpert, U.S.M.J. or soon thereafter as counsel may be heard,

the above-named Plaintiff will, and hereby does, move this Court for an Order granting leave to effect substitute service upon Defendants Robert Selfors, Cana Wittenberg Selfors and Brier Creek Fellowship via electronic means to their known-working contact information.

This motion is based upon this Notice of Motion, the attached Motion for Substitute Service, the Affidavit of Diligent Inquiry and the exhibit(s) attached thereto, the records and files in this case, and such other and further evidence or arguments as may be presented prior to, or at the time of, any hearing on this matter.

**PLEASE TAKE NOTICE** that, if you wish to oppose this motion you must do so in writing on or before July 24th, 2023 or the relief sought may be granted by default.

Dated this 14th Day of July, 2023.

Respectfully submitted,

GAVIN ROZZI
Plaintiff, *Pro Se*