**GAVIN ROZZI**
PO Box 1232
Forked River, NJ 08731
(609)-222-4161
gr@gavinrozzi.com

Plaintiff, *Pro Se*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| GAVIN ROZZI<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT SELFORS, a/k/a "BOB HANSEN," individually and in his capacity as President of Happy Panda, Inc., CANA WITTENBERG SELFORS, individually and in her capacity as President of Simple Websites, Inc. and Vice President of Happy Panda, Inc., HAPPY PANDA, INC., a North Carolina Corporation, SIMPLE WEBSITES, INC., a North Carolina Corporation, BRIER CREEK FELLOWSHIP, INC. a North Carolina Nonprofit Corporation, JOHN DOES 1-100, ABC ENTITIES 1-100<br><br>　　　　　　　Defendants. | <u>Civil Action</u><br><br>No.: 3:23-cv-03363-RK-DEA |

## PROPOSED ORDER GRANTING SUBSTITUTED SERVICE AS TO DEFENDANTS ROBERT SELFORS, CANA WITTENBERG SELFORS AND BRIER CREEK FELLOWSHIP, INC.

　　　Upon consideration of Plaintiff Gavin Rozzi's Motion for Substituted Service and the Affidavit of Diligent Inquiry filed therewith, and for good cause shown, it is hereby **ORDERED** that:

　　Plaintiff's Motion for Substituted Service is **GRANTED**.

Plaintiff is authorized to serve the Defendants Robert Selfors and Cana Wittenberg Selfors through the following methods:

   a. Email to rwselfors@liberty.edu and BrierCreekFellowship@gmail.com.

   b. Facebook messaging to https://www.facebook.com/rselfors.

   c. Telephone calls to Robert Selfors at 919-428-6577 and Cana Wittenberg Selfors at (919) 270-9155.

   d. Substituted service on their insurance agent, Antonio Vela, Antonio Vela Insurance Agency Inc., 121 Sherron Road Suite 106 Durham, NC 27703-9515.

   Service shall be deemed effective upon sending the email or Facebook message, placing the telephone call, or upon receipt by Antonio Vela.

 Plaintiff shall promptly file proof of service with the Court once service has been effected.

   **DONE** and **ORDERED** this _____ day of _____, 2023.


_____
United States Magistrate Judge

2