**GAVIN ROZZI**
PO Box 1232
Forked River, NJ 08731
(609)-222-4161
gr@gavinrozzi.com

Plaintiff, *Pro Se*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GAVIN ROZZI | : |
| Plaintiff, | : |
| v. | : Civil Action |
| ROBERT SELFORS, a/k/a "BOB HANSEN," individually and in his capacity as President of Happy Panda, Inc., CANA WITTENBERG SELFORS, individually and in her capacity as President of Simple Websites, Inc. and Vice President of Happy Panda, Inc., HAPPY PANDA, INC., a North Carolina Corporation, SIMPLE WEBSITES, INC., a North Carolina Corporation, BRIER CREEK FELLOWSHIP, INC. a North Carolina Nonprofit Corporation, JOHN DOES 1-100, ABC ENTITIES 1-100 | : No.: 3:23-cv-03363-RK-DEA |
| Defendants. | : |

**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO DEFENDANTS HAPPY PANDA, INC. AND SIMPLE WEBSITES, INC.**

Pursuant to Fed. R. Civ. P. 55(a) Plaintiff, Gavin Rozzi, appearing *pro se,* hereby requests a Clerk's certificate of entry of default. Within in an accompanying affidavit, I affirm that the parties against whom the judgment is sought, HAPPY PANDA, INC. and SIMPLE WEBSITES, INC. respectively:

1

1) is not an infant or incompetent person;

2) is not in the military service;

3) was properly served under Fed. R. Civ. P. 4 and proof of service having been filed with the court (See ECF No. 7);

4) has defaulted in appearance in the above captioned action.

Dated this 1st Day of August 2023.

Respectfully submitted,

_____
GAVIN ROZZI
Plaintiff, *Pro Se*