## CERTIFICATE OF SERVICE

    I hereby certify that I mailed a copy of this Request for Default, Affidavit and Exhibits on August 1st, 2023 via First Class Mail to Defendants' Registered Office Address, with one copy sent to Defendant Happy Panda Inc. c/o Robert Selfors at 8311 Brier Creek Pkwy #105192 Raleigh, NC, 27617 and to Defendant Simple Websites, Inc. c/o Cana Wittenberg Selfors to 6409 Fayetteville Rd, Ste. 120123 Durham, NC 27713.

Dated: August 1st, 2023

/s/ Gavin Rozzi
Plaintiff, *Pro Se*