UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GAVIN ROZZI,<br><br>                 Plaintiff,<br>   vs.<br><br>ROBERT SELFORS, a/k/a "BOB HANSEN," individually and in his capacity as President of Happy Panda, Inc., CANA WITTENBERG SELFORS, individually and in her capacity as President of Happy Panda, Inc., HAPPY PANDA, INC., a North Carolina Corporation, SIMPLE WEBSITES, INC., A North Carolina Corporation, BRIER CREEK FELLOWSHIP, Inc. A North Carolina Nonprofit Corporation, JOHN DOES 1-100, ABC ENTITIES (1-100)<br>                 Defendants | Case No. 3:23-cv-03363-RK-DEA |

## **NOTICE OF APPEARANCE**

To the Clerk of the Court and all other parties:

      Please enter my Appearance as Attorney for the defendants Happy Panda, Inc. and Simple Websites, Inc. .in the above captioned case.

Dated:   August 8, 2023

                                              Respectfully submitted,

                                              /s/   Peter Cipparulo, III
                                              Law Offices of Peter Cipparulo, III, LLC
                                              349 Route 206, Suite K
                                              Hillsborough, NJ 08844
                                              (908) 275-8777
                                              (973) 737-1617 (facsimile)
                                              petercipparulo@cipplaw.com
                                            Attorney for Defendants Happy Panda,
                                            Inc. and Simple Websites, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DORIS GRIFFIN,<br><br>          Plaintiff(s),<br><br>vs.<br><br>REMEX, INC.,<br><br>          Defendants. | Case No. 3:16-cv-04670 PGS LHG |

**CERTIFICATE OF SERVICE**

      I certify that on this 24th day of August, 2016, a copy of the foregoing **Notice of Appearance** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the court's electronic filing system, including plaintiff's counsel as described below.  Parties may access this filing through the court's system.

    Joseph K. Jones, Esq.
    JONES, WOLF & KAPASI, LLC
    375 Passaic Avenue, Suite 100
    Fairfield, NJ 07004
    Attorney for Plaintiff


                                          /s/ Peter Cipparulo, III
                                          Law Offices of Peter Cipparulo, III, LLC
                                          Attorney for Defendant Remex, Inc.