UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**                                                          **DATE: January 25, 2024**
**MAGISTRATE JUDGE DOUGLAS E. ARPERT**
**COURT REPORTER: Digitally recorded**

**TITLE OF CASE:**                                                           **CIVIL 23-3363(RK)**

GAVIN ROZZI
V.
ROBERT SELFORS

**APPEARANCES:**
Gavin Rozzi, plaintiff pro se
Peter Cipparulo, Esq, on behalf of defendants

**NATURE OF PROCEEDINGS:**

Initial conference held.
Settlement conference held.
Settlement placed on the record. (10:40am – 10:45am)
60 day order to be entered.

**TIME COMMENCED: 9:30am**
**TIME ADJOURNED:  10:45am**
**TOTAL TIME:  1hour, 15 minutes**

                                                                            **s/Elizabeth Beres**
                                                                            **Deputy Clerk**