**GAVIN ROZZI**
PO Box 1232
Forked River, NJ 08731
Phone: (609)-222-4161
Fax: (609)-367-8990
gr@gavinrozzi.com

Plaintiff, *Pro Se*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GAVIN ROZZI<br><br>      Plaintiff,<br><br>v.<br><br>ROBERT SELFORS, a/k/a "BOB HANSEN," individually and in his capacity as President of Happy Panda, Inc., CANA WITTENBERG SELFORS, individually and in her capacity as President of Simple Websites, Inc. and Vice President of Happy Panda, Inc., HAPPY PANDA, INC., a North Carolina Corporation, SIMPLE WEBSITES, INC., a North Carolina Corporation, BRIER CREEK FELLOWSHIP, INC. a North Carolina Nonprofit Corporation, JOHN DOES 1-100, ABC ENTITIES 1-100<br><br>      Defendants. | Civil Action<br><br>No.: 3:23-cv-03363-RK-DEA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against all Defendant(s) pursuant to Fed R. Civ P. 41(a)(1)(A)(ii).

1

Gavin Rozzi

_[signature]_

Dated: 3/23/2024

GAVIN ROZZI
PO Box 1232
Forked River, NJ 08731
Phone: (609)-222-4161
Fax: (609)-367-8990
gr@gavinrozzi.com
Plaintiff, *Pro Se*


Robert Selfors, Cana Wittenberg Selfors, Happy Panda Inc., Simple Websites, Inc., Brier Creek Fellowship Inc.

By:

_[signature]_

Dated: 3/16/24

Peter Cipparulo, III
Law Offices of Peter Cipparulo, III, LLC
Route 206, Suite K, Hillsborough, New Jersey 08844
Phone: (908)-275-8777
Fax: (973)-737-1617
petercipparulo@cipplaw.com
Attorney for Defendants Robert Selfors, Cana Wittenberg Selfors, Happy Panda Inc., Simple Websites, Inc., Brier Creek Fellowship Inc.


SO ORDERED

_[signature]_

Robert Kirsch, U.S.D.J.
Date: 3/26/24